**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**YVETTE DANIELS GAUDET**
**Plaintiff,**

**MDL NO. 2740**
**2:16-cv-17627**

**v.**

**SANOFI S.A.,**
**AVENTIS PHARMA S.A., and**
**SANOFI-AVENTIS U.S. LLC, separately,**
**and doing business as WINTHROP U.S.**
**Defendants.**

**Hon. Kurt D. Engelhardt**

## CERTIFICATE OF SERVICE

I, Bryan Pfleeger, hereby certify that on December 20th, 2016, I electronically filed the above captioned matter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case. And sent via e-mail to defense counsel.

Respectfully submitted this 21th day of December, 2016.

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Bryan Pfleeger __________
Michael Hingle, T.A. (LA Bar #6943)
Bryan Pfleeger, (LA Bar #23896)
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471
bapipad@hinglelaw.com
Jenniferb@hinglelaw.com

***Attorneys for Plaintiff***